UNITED STATES of America,
Plaintiff—Appellee,

v.

Juan Evangelista CASTRO,
Defendant—Appellant.

No. 09–7788.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 27, 2010.

Decided: Feb. 18, 2010.

Juan Evangelista Castro, Appellant Pro Se. Ryan Lee Souders, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Evangelista Castro appeals from the district court's garnishment disposition order directing the Virginia State Police to pay the Government $9,849. We have reviewed the record and find no reversible error.* Accordingly, we affirm for the

---

* Although Castro appears to correctly assert that the garnishee improperly failed to serve him with its answer to the garnishment writ, Castro fails to explain on appeal the objections he would have raised to the answer had he been served. Because Castro fails to show prejudice, we conclude that the irregularity in the processing of the garnishment action was harmless.

reasons stated by the district court. *United States v. Castro,* No. 5:06–cr–00054–sgw–mfu–1, 2007 WL 2021882 (W.D.Va. Sept. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*